QUINN EMANUEL URQUHART & SULLIVAN, LLP
MICHAEL T. ZELLER (Bar No. 196417)
  michaelzeller@quinnemanuel.com
DIANE L. CAFFERATA (Bar No. 190081)
  dianecafferata@quinnemanuel.com
DANIEL C. POSNER (Bar No. 232009)
  danposner@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd. and Beijing POP MART Cultural & Creative Corp. Ltd.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD., AND BEIJING POP MART CULTURAL & CREATIVE CO. LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>7-ELEVEN, INC., MAYER BROTHERS GROUP, INC. (D/B/A 7-ELEVEN STORE NO. 37950), HRBS ENTERPRISES, INC. (D/B/A 7-ELEVEN STORE NO. 34765), CHITTA CHANNIN (D/B/A 7-ELEVEN STORE NO. 39569), TERA TERA, INC. (D/B/A 7-ELEVEN STORE NO. 32606), NEETTRIO INC. (D/B/A 7-ELEVEN STORE NO. 16027), SANDHU MCHENRY & MORRIS STORE, LLC, (D/B/A 7-ELEVEN STORE NO. 42272), SANDHU SE STORES INC. (D/B/A 7-ELEVEN STORE NO. 42272), AND WEST ADAMS PETROLEUM, INC. (D/B/A 7-ELEVEN STORE NO. 39807).<br><br>Defendants. | CASE NO. 2:25-cv-6555<br><br>**PLAINTIFFS' CERTIFICATE AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FRCP 7.1** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., and Beijing POP MART Cultural & Creative Corp. Ltd. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible dismissals or recusal.

| Party | Connection/Interest |
|---|---|
| POP MART Americas Inc. | Plaintiff |
| POP MART (Singapore) Holding Pte. Ltd. | Plaintiff |
| Beijing POP MART Cultural & Creative Co. Ltd. | Plaintiff |
| POP MART International Group Limited | Parent company of Plaintiffs |
| GWF Holding Limited | Shareholder of POP MART International Group Limited |
| Wang Ning | Beneficiary of GWF Holding Limited, and Shareholder of POP Mart International Group Limited |
| POP MART UK Limited | Parent company of Plaintiff POP MART Americas Inc. |
| POP MART (Hong Kong) Holding Limited | Parent company of Plaintiff Beijing POP MART Cultural & Creative Co. Ltd. |
| POP MART (BVI) Holding Limited | Parent company of Plaintiff POP MART (Singapore) Holding Pte. Ltd. |
| 7-Eleven, Inc. | Defendant |
| Seven-Eleven Japan Co., Ltd. | Parent corporation of Defendant 7-Eleven, Inc. |
| Mayer Brothers Group, Inc. | Defendant |
| HRBS Enterprises, Inc. | Defendant |
| Chitta Channin | Defendant |
| Tera Tera, Inc. | Defendant |
| Neettrio Inc. | Defendant |
| Sandhu McHenry & Morris Store, LLC | Defendant |

| Party | Connection/Interest |
|---|---|
| Sandhu SE Stores Inc. | Defendant |
| West Adams Petroleum, Inc. | Defendant |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs are wholly-owned, indirect subsidiaries of POP MART International Group Limited, and no other public company holds 10% or more of their stock.

DATED: July 18, 2025         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By     /s/ *Michael T. Zeller*
      Michael T. Zeller
      *Attorneys for Plaintiffs*