AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>350 W 1st Street, Suite 4311<br>Los Angeles, CA 90012-4564 | |
|---|---|---|
| DOCKET NO.<br>2:25-cv-6555 | DATE FILED<br>7/18/2025 | |
| PLAINTIFF<br>POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., and Beijing POP MART Cultural & Creative Co. Ltd. | DEFENDANT<br>7-Eleven, Inc., et al. | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attachment #1 for copyrights. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

POP MART Americas Inc., et al. v. 7-Eleven Inc., et al.

Case No: 2:25-cv-6555

Date Filed: July 18, 2025

**ATTACHMENT #1 FORM AO 121 (REPORT ON THE FILING OF AN ACTION REGARDING A COPYRIGHT)**

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|
| VA0002452124 | THE MONSTERS - Exciting Macaron - Boxes | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452141 | THE MONSTERS - Exciting Macaron - Packing Bags | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002451895 | THE MONSTERS - Exciting Macaron Vinyl Face Blind Box-Chestnut Cocoa | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002424972 | Have a Seat Box | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002424793 | Have a Seat Bag | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002451935 | THE MONSTERS - Have a Seat Vinyl Plush Blind Box-DUODUO | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002451927 | THE MONSTERS - Have a Seat Vinyl Plush Blind Box-HEHE | Beijing POP Mart Cultural & Creative Co. Ltd. |

| | | |
|---|---|---|
| VA0002451857 | THE MONSTERS - Have a Seat Vinyl Plush Blind Box-ZIZI | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452119 | THE MONSTERS Big into Energy Series-Boxes | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452126 | THE MONSTERS Big into Energy Series-Packing Bags | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002448371 | THE MONSTERS Big into Energy Series-Vinyl Plush Pendant Blind Box-LOVE | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452110 | THE MONSTERS Lazy Yoga Series-Ab Roller | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452114 | THE MONSTERS Lazy Yoga Series-Americano | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452102 | THE MONSTERS Lazy Yoga Series-Confident | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452112 | THE MONSTERS Lazy Yoga Series-Lay Down | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452115 | THE MONSTERS Lazy Yoga Series-Little Bird | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452099 | THE MONSTERS Lazy Yoga Series-Show Off | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452117 | THE MONSTERS Lazy Yoga Series-Sleeping | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452107 | THE MONSTERS Lazy Yoga Series-Stretch Out | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452111 | THE MONSTERS Lazy Yoga Series-Sweating | Beijing POP Mart Cultural & Creative Co. Ltd. |

ATTACHMENT #1 TO FORM AO 121

| | | |
|---|---|---|
| VA0002452118 | THE MONSTERS Lazy Yoga Series-Yoga Coach | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002452079 | THE MONSTERS Lazy Yoga Series-Zone Out | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002448155 | THE MONSTERS - ANGEL IN CLOUDS Vinyl Face Doll | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002450708 | FALL INTO SPRING-Vinyl Plush Doll | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002451839 | THE MONSTERS Classic Series-LABUBU Figure (Brown) | Beijing POP Mart Cultural & Creative Co. Ltd. |
| VA0002451849 | LABUBU Timber Workshop Series-Playing on the Swing Plush Pendant Blind Box | Beijing POP Mart Cultural & Creative Co. Ltd. |

ATTACHMENT #1 TO FORM AO 121

-3-