AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., and Beijing POP MART Cultural & Creative Co. Ltd. | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 2:25-cv-6555 |
| 7-Eleven, Inc., et al. (See Attachment #1) | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attachment #2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Quinn Emanuel Urquhart & Sullivan, LLP
Michael T. Zeller
Diane L. Cafferata
Daniel C. Posner
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:25-cv-6555

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT #1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
MICHAEL T. ZELLER (Bar No. 196417)
  michaelzeller@quinnemanuel.com
DIANE L. CAFFERATA (Bar No. 190081)
  dianecafferata@quinnemanuel.com
DANIEL C. POSNER (Bar No. 232009)
  danposner@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., and Beijing POP MART Cultural & Creative Co. Ltd.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD., AND BEIJING POP MART CULTURAL & CREATIVE CO. LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>7-ELEVEN, INC., MAYER BROTHERS GROUP, INC. (D/B/A 7-ELEVEN STORE NO. 37950), HRBS ENTERPRISES, INC. (D/B/A 7-ELEVEN STORE NO. 34765), CHITTA CHANNIN (D/B/A 7-ELEVEN STORE NO. 39569), TERA TERA, INC. (D/B/A 7-ELEVEN STORE NO. 32606), NEETTRIO INC. (D/B/A 7-ELEVEN STORE NO. 16027), SANDHU MCHENRY & MORRIS STORE, LLC, (D/B/A 7-ELEVEN STORE NO. 42272), SANDHU SE STORES INC. (D/B/A 7-ELEVEN STORE NO. 42272), AND WEST ADAMS PETROLEUM, INC. (D/B/A 7-ELEVEN STORE NO. 39807).<br><br>Defendants. | CASE NO. 2:25-cv-6555<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL TRADEMARK COUNTERFEITING, 15 U.S.C. § 1114**<br><br>**(2) CONTRIBUTORY FEDERAL TRADEMARK COUNTERFEITING, 15 U.S.C. § 1114**<br><br>**(3) VICARIOUS FEDERAL TRADEMARK COUNTERFEITING, 15 U.S.C. § 1114**<br><br>**(4) FEDERAL TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114**<br><br>**(5) CONTRIBUTORY FEDERAL TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114** |

# ATTACHMENT #2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

POP MART Americas Inc., et al. v. 7-Eleven Inc., et al.

Case No: 2:25-cv-6555

## ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

1. 7-Eleven, Inc.
   3200 Hackberry Road, Irving, TX 75063

2. Mayer Brothers Group, Inc. (d/b/a 7-Eleven Store No. 37950)
   17979 US Hwy 18, Apple Valley, CA 92307

3. HRBS Enterprises, Inc. (d/b/a 7-Eleven Store No. 34765)
   260 N Dalton Dr., Anaheim, CA 92807

4. Chitta Channin (d/b/a 7-Eleven Store No. 39569)
   19528 Ventura Blvd, Suite 1100, Tarzana, CA 91356

5. Tera Tera, Inc. (d/b/a 7-Eleven Store No. 32606)
   1808 W 7th St., Suite 5759, Los Angeles, CA 90057

6. Neettrio Inc. (d/b/a 7-Eleven Store No. 16027)
   1850 Cochran St., Simi Valley, CA 93065

7. Sandhu McHenry & Morris Store, LLC (d/b/a 7-Eleven Store No. 42272)
   505 McHenry Ave., Modesto, CA 95354

8. Sandhu SE Stores Inc. (d/b/a 7-Eleven Store No. 42272),
   1362 Merle Ct, Ripon, CA 95366

9. West Adams Petroleum, Inc. (d/b/a 7-Eleven Store No. 39807)
   1691 West Adams Blvd. Los Angeles, CA 90007