# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POP MART AMERICAS INC., et al.<br>PLAINTIFF(S)<br><br>v.<br><br>7-ELEVEN, INC., et al.<br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cv-06555-MEMF-MBK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 7/18/2025 | 6 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

Summons is not directed to the defendant(s). The defendant's name must appear in the "To:" section of the summons.

*Other Error(s):*

If Defendants names do not fit in space provided, enter only the name of the first Defendant and write see attached, and attach the attachments.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your summons request.

Clerk, U.S. District Court

Date: July 23, 2025

By: /s/ *Carmen Lujan*
Carmen_Lujan@cacd.uscourts.gov
Deputy Clerk

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –