UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD., AND BEIJING POP MART CULTURAL & CREATIVE CO. LTD.<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>7-ELEVEN, INC., MAYER BROTHERS GROUP, INC. (D/B/A 7-ELEVEN STORE NO. 37950), HRBS ENTERPRISES, INC. (D/B/A 7-ELEVEN STORE NO. 34765), CHITTA CHANNIN (D/B/A 7-ELEVEN STORE NO. 39569), TERA TERA, INC. (D/B/A 7-ELEVEN STORE NO. 32606), NEETTRIO INC. (D/B/A 7-ELEVEN STORE NO. 16027), SANDHU MCHENRY & MORRIS STORE, LLC (D/B/A 7-ELEVEN STORE NO. 42272), SANDHU SE STORES INC. (D/B/A 7-ELEVEN STORE NO. 42272), AND WEST ADAMS PETROLEUM, INC. (D/B/A 7-ELEVEN STORE NO. 39807).<br><br>　　　　　Defendants. | CASE NO. 2:25-cv-06555-MEMF-MBK<br><br>**ORDER APPROVING STIPULATION AND SETTING BRIEFING SCHEDULE AND HEARING DATE FOR ORDER TO SHOW CAUSE [DKT. NO. 36]** |

On September 15, 2025, the Court ordered POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., and Beijing POP MART Cultural & Creative Co. Ltd. (collectively, "POP MART" or "Plaintiffs") and Defendants Mayer Brothers Group, Inc. (d/b/a 7-Eleven Store No. 37950), HRBS Enterprises, Inc. (d/b/a 7- Eleven Store No. 34765), Chitta Channin (d/b/a 7-Eleven Store No. 39569), Tera Tera, Inc. (d/b/a 7-Eleven Store No. 32606), Neettrio Inc. (d/b/a 7-Eleven Store No. 16027), Sandhu McHenry & Morris Store, LLC, Sandhu SE Stores Inc. (d/b/a 7-Eleven Store No. 42272), and West Adams Petroleum, Inc. (d/b/a 7-Eleven Store No. 39807) (collectively, "Defendants," and with Plaintiff, the "Parties"), to file a stipulation ("Stipulation") by 5:00 p.m. on the same day containing a proposed briefing schedule and hearing date on Plaintiffs' Order to Show Cause re. Preliminary Injunction (ECF No. 31).

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby approves the Stipulation and ORDERS as follows:

1. Defendants' Response due: October 2, 2025

2. Plaintiffs' Reply due: October 16, 2025; and

3. Hearing date: November 20, 2025

On Defendants' consent, and for good cause shown, the Temporary Restraining Order shall remain in force through the hearing on the Order to Show Cause.

IT IS SO ORDERED.

Dated: September 18, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge