TUCKER ELLIS LLP
David J. Steele – SBN 209797
david.steele@tuckerellis.com
Steven E. Lauridsen – SBN 246364
steven.lauridsen@tuckerellis.com
Dina Roumiantseva – SBN 300576
dina.roumiantseva@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Defendant,
7-Eleven, Inc.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Michael T. Zeller (Bar No. 196417)
michaelzeller@quinnemanuel.com
Diane L. Cafferata (Bar No. 190081)
dianecafferata@quinnemanuel.com
Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POP MART AMERICAS INC., et al., , <br><br> Plaintiffs, <br> vs. <br> 7-ELEVEN, INC., et al., <br><br> Defendants. | Case No.: 2:25-cv-6555-MEMF (MBKx) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> FAC Filed: September 26, 2025 <br> Current Response Date: October 10, 2025 <br> New Response Date: October 24, 2025 <br><br> Hon. Maame Ewusi-Mensah Frimpong |

1

Pursuant to Fed. R. Civ. P. 6(b) and L.R. 7-1, Plaintiffs and Defendant 7-Eleven, Inc. ("SEI") hereby stipulate to a fourteen-day extension of time, up to and including October 24, 2025, for SEI to move, plead, or otherwise respond to the First Amended Complaint ("FAC") in this matter. This stipulation is based on the following facts:

1. On July 18, 2025, Plaintiffs filed their original complaint in this action. ECF No. 1.

2. Following a stipulation to extend time to respond to the original complaint pursuant to L.R. 8-3, (ECF No. 17), SEI filed on September 12, 2025 a motion to dismiss the entire complaint as to SEI pursuant to Rule 12(b)(6). ECF No. 27.

3. On September 26, 2025, Plaintiffs filed their First Amended Complaint pursuant to Rule 15(a)(1)(B). ECF No. 48. The current deadline for SEI to respond is October 10, 2025. *See* Fed. R. Civ. P. 15(a)(3).

4. On October 1, 2025, counsel for Plaintiffs and SEI met and conferred pursuant to L.R. 7-3 concerning a motion to dismiss certain claims from the FAC. The parties did not reach a resolution; however, they agreed to exchange any further authority on the issues discussed in an effort to obviate the need for any motion to dismiss. Declaration of Steven E. Lauridsen ("Lauridsen Decl.") ¶ 2.

5. Lead trial counsel for SEI, David J. Steele, will be out of the office on a long-planned vacation from October 3, 2025 through October 11, 2025. *Id.* ¶ 3.

6. The parties met and conferred concerning the subject matter of this stipulation pursuant to L.R. 7-3 on October 1, 2025 and agreed to a fourteen-day extension of time for SEI to respond to the FAC so as to allow the parties to consider their positions on the potential motion to dismiss and to allow sufficient time for SEI to then prepare its response to the FAC. *Id.* ¶ 4.

7. This stipulation is not made for the purpose of delay and represents the first time SEI has sought an extension of time to respond to the FAC. *Id.* ¶ 5.

Accordingly, the parties respectfully request that the Court approve this stipulation and enter the concurrently lodged proposed order granting SEI an extension of time up to and including October 24, 2025 to respond to the FAC.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: October 6, 2025          TUCKER ELLIS LLP

By:  /s/Steven E. Lauridsen
David J. Steele
Steven E. Lauridsen
Dina Roumiantseva

Attorney for Defendant,
7-Eleven, Inc.

Dated: October 6, 2025          QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/Thomas D. Nolan, III
Michael T. Zeller
Diane L. Cafferata
Daniel C. Posner
Thomas D. Nolan, III

Attorney for Plaintiffs,
Pop Mart Americas Inc., Pop Mart (Singapore) Holding Pte. Ltd., And Beijing Pop Mart Cultural & Creative Co. Ltd

## ATTESTATIONS

Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. The parties to this stipulation met and conferred pursuant to L.R. 7-3 on October 1, 2025 and agreed on the requested extension of time.

/s/Steven E. Lauridsen