1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD., AND BEIJING POP MART CULTURAL & CREATIVE CO. LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>7-ELEVEN, INC., MAYER BROTHERS GROUP, INC. (D/B/A 7-ELEVEN STORE NO. 37950), HRBS ENTERPRISES, INC. (D/B/A 7-ELEVEN STORE NO. 34765), CHITTA CHANNIN (D/B/A 7-ELEVEN STORE NO. 39569), TERA TERA, INC. (D/B/A 7-ELEVEN STORE NO. 32606), B&K SIDHU ENTERPRISES, INC. (D/B/A/ STORE NO. 32606), NEETTRIO INC. (D/B/A 7-ELEVEN STORE NO. 16027), SANDHU MCHENRY & MORRIS STORE, LLC (D/B/A 7-ELEVEN STORE NO. 42272), SANDHU SE STORES INC. (D/B/A 7-ELEVEN STORE NO. 42272), WEST ADAMS PETROLEUM, INC. (D/B/A 7-ELEVEN STORE NO. 39807), DHALIWAL BROS, INC. (D/B/A 7-ELEVEN STORE NOS. 25801 AND 16254), KRISH HARBANS, INC. (D/B/A 7-ELEVEN STORE NO. 33278), HARNEK SINGH THIARA, SUKHVINDERJEET SANDHU, AND DOES 1-10.<br><br>Defendants | CASE NO. 2:25-cv-6555-MEMF-MBK<br><br>**STIPULATION TO TEMPORARY RESTRAINING ORDER BY DEFENDANTS CHITTA CHANNIN AND HARNEK SINGH THIARA** |

Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., and Beijing POP MART Cultural & Creative Co. Ltd. (collectively, "Plaintiffs" or "POP MART"), and Defendants Chitta Channin ("Chitta Channin") and Harnek Singh Thiara ("Thiara"), by and through their undersigned attorneys, hereby stipulate as follows:

WHEREAS, on September 15, 2025, the Court issued its Order Granting Plaintiffs' Ex Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction dated September 15, 2025 (ECF No. 35) ("TRO Order"); and

WHEREAS, Chitta Channin and Thiara have agreed to be bound by all terms and conditions of the TRO Order, as if Chitta Channin and Thiara had been originally named therein;

IT IS THEREFORE STIPULATED AND AGREED that:

1. Chitta Channin and Thiara are temporarily enjoined from distributing, marketing or selling counterfeit POP MART products or packaging, or otherwise infringing POP MART's copyrights, trademarks and/or trade dress rights, through the hearing on the Order to Show Cause for Preliminary Injunction, currently scheduled for November 20, 2025, or until further order of this Court.

2. Chitta Channin and Thiara will execute and file a declaration under oath, within seven (7) days of the Court's Order approving this Stipulation:

   i. listing all enjoined products distributed, manufactured, displayed, marketed, imported, exported, purchased, sold or offered for sale at the 7-Eleven store D/B/A 7-ELEVEN STORE NO. 39569—without exception;

   ii. listing the number and location of units manufactured, marketed, displayed, distributed, shipped, imported, exported, purchased, sold or offered for sale at that store—without exception;

   iii. listing—where known—the identity of each supplier, manufacturer and/or distributor and complete contact information (including without limitation the address, telephone number, fax number, and email address where known) for each such supplier, manufacturer and/or distributor; and

   iv. attesting that, where any of the following items of information are not provided, that this is because they are not known, and describing the efforts taken to locate this information within Chitta Channin's and Thiara's records: the identity of each supplier, manufacturer and/or distributor and complete contact information (including without limitation the address, telephone number, fax number, and email address) for each such supplier, manufacturer and/or distributor.

  3. Pursuant to Federal Rule of Civil Procedure 65(d)(2), this Order applies to and binds Chitta Channin and Thiara and all persons and entities who are in active concert or participation with Chitta Channin and Thiara and who receive actual notice of this Order.

  4. Chitta Channin and Thiara further waive their response to Plaintiffs' Order to Show Cause Regarding Preliminary Injunction and will not submit briefing pursuant to the Court's Order Approving Stipulation and Setting Briefing Schedule and Hearing Date for Order to Show Cause why a preliminary injunction should not issue ordering the same relief (ECF No. 41).

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: October 14, 2025 | By _____/s/ Michael T. Zeller_____ |
| 3 | | MICHAEL T. ZELLER (Bar No. 196417) |
| | | michaelzeller@quinnemanuel.com |
| 4 | | DIANE L. CAFFERATA (Bar No. 190081) |
| | | dianecafferata@quinnemanuel.com |
| 5 | | DANIEL C. POSNER (Bar No. 232009) |
| | | danposner@quinnemanuel.com |
| 6 | | THOMAS D. NOLAN (Bar No. 238213) |
| | | thomasnolan@quinnemanuel.com |
| 7 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 8 | | 865 S. Figueroa St., 10th Floor |
| 9 | | Los Angeles, CA 90017-2543 |
| | | Telephone: (213) 443-3000 |
| 10 | | Facsimile: (213) 443-3100 |
| 11 | | YIXUAN ZHU (admitted pro hac vice) |
| 12 | | yixuanzhu@quinnemanuel.com |
| | | Unit 1301, 13th Floor, Central Park Plaza |
| 13 | | 10 Chaoyang Park South Road, |
| | | Chaoyang District |
| 14 | | Beijing, China 100026 |
| | | Tel: +86 10 53350105 |
| 15 | | |
| 16 | | Attorneys for Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., |
| 17 | | and Beijing POP MART Cultural & Creative Co. Ltd. |
| 18 | | |
| 19 | DATED: October 14, 2025 | |
| 20 | | By _____[signature]_____ |
| 21 | | KOOROSH K. SHAHROKH (Bar No. 224335) |
| | | mr.k@nationalchoicelawyers.com |
| 22 | | 19727 VENTURA BOULEVARD, SUITE B |
| | | WOODLAND HILLS, CA 91364 |
| 23 | | (818) 996-7301 (X104) TELEPHONE |
| | | (818) 996-7302 FACSIMILE |
| 24 | | Attorney for Defendants Chitta Channin and |
| 25 | | Harnek Singh Thiara |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION**

I, Michael T. Zeller, am the ECF user whose ID and password are being used to file the above Declaration. In compliance with Local Rule 5-4.3.4, I hereby attest that the above-signed counsel has concurred in the filing of the above Stipulation.

                                        /s/   Michael T. Zeller
                                        Michael T. Zeller