Will Lemkul, Esq. (SBN 219061)
Matthew Yarling, Esq. (SBN. 190774)
**MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP**
10680 Treena St., Suite 100
San Diego, CA 92131
Telephone: (858) 566-7600
Fax: (858) 566-6602
lemkul@mslt.law
yarling@mslt.law

*Attorneys for, MAYER BROTHERS GROUP, INC. (D/B/A 7-ELEVEN STORE NO. 37950), HRBS ENTERPRISES, INC. (D/B/A 7-ELEVEN STORE NO. 34765), B&K SIDHU ENTERPRISES, INC. (D/B/A/ STORE NO. 32606), NEETTRIO INC. (D/B/A 7-ELEVEN STORE NO. 16027); SANDHU MCHENRY & MORRIS STORE, LLC, (D/B/A 7-ELEVEN STORE NO. 42272), SANDHU SE STORES INC. (D/B/A 7-ELEVEN STORE NO. 42272), DHALIWAL BROS, INC. (D/B/A 7-ELEVEN STORE NOS. 25801 AND 16254), KRISH HARBANS, INC. (D/B/A 7-ELEVEN STORE NO. 33278), SUKHVINDERJEET SANDHU*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| POP MART AMERICAS INC., POP MART (SINGAPORE) HOLDING PTE. LTD., AND BEIJING POP MART CULTURAL & CREATIVE CO. LTD.<br><br>        Plaintiff,<br><br>v.<br><br>7-ELEVEN, INC., MAYER BROTHERS GROUP, INC. (D/B/A 7-ELEVEN STORE NO. 37950), HRBS ENTERPRISES, INC. (D/B/A 7-ELEVEN STORE NO. 34765), CHITTA CHANNIN (D/B/A 7-ELEVEN STORE NO. 39569), TERA TERA, INC. (D/B/A 7-ELEVEN STORE NO. 32606), NEETTRIO INC. (D/B/A 7-ELEVEN STORE NO. 16027), SANDHU MCHENRY & MORRIS STORE, LLC (D/B/A 7-ELEVEN STORE NO. 42272), SANDHU SE STORES INC. (D/B/A 7- | Case No.: 2:25-cv-06555 MEMF MBK<br><br>**MATTHEW YARLING'S REQUEST TO APPEAR REMOTELY AT THE SCHEDULING CONFERENCE**<br><br>Hearing Date:    December 11, 2025<br>Hearing Time:    10:00 a.m.<br>Department:      8B |

1

ELEVEN STORE NO. 42272), AND WEST ADAMS PETROLEUM, INC. (D/B/A 7-ELEVEN STORE NO. 39807).

    Defendants.

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Matthew Yarling, Esq. respectfully requests that the Court grant permission to appear remotely at the Scheduling Conference that is scheduled for December 11, 2025, at 10:00 a.m.

Pursuant to Local Rule 7-3 of the Local Civil Rules for the United States District Court for the Central District of California, Defendants Mayer Brothers Group, Inc., HRBS Enterprises, Inc., B&K Sidhu Enterprises, Inc., Neetrio Inc., Sandhu McHenry & Morris Store, LLC, Sandhu Se Stores Inc., Dhaliwal Bros Inc., Krish Harbans, Inc. and Sukhvinderjeet Sandhu ("Defendants"), by and through their attorney of record, Plaintiffs, Pop Mart Americas Inc., Pop Mart (Singapore) Holding Pte. Ltd., and Beijing Pop Mart Cultural & Creative Co. Ltd. ("Plaintiffs"), by and through their attorney of record, Defendant 7-Eleven, Inc. by and through their attorney of record, Defendant West Adams Petroleum, Inc., by and through their attorney of record, and Defendants Chitta Channin and Harnek Singh Thiara, by and through their attorney of record met and conferred on December 1, 2025 regarding Matthew Yarling, Esq.'s remote appearance. No party objected to the remote appearance for the Scheduling Conference, and all parties have agreed to allow remote appearance for all future hearings.

Dated: December 4, 2025

                    MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP

                    By:    */s/ Matthew Yarling*
                           Will Lemkul, Esq.
                           Matthew Yarling, Esq.
                           *Attorneys for, MAYER BROTHERS GROUP,*

                                2

*INC. HRBS ENTERPRISES, INC. B&K SIDHU ENTERPRISES, INC,.NEETTRIO INC., SANDHU MCHENRY & MORRIS STORE, LLC, SANDHU SE STORES INC., DHALIWAL BROS, INC, KRISH HARBANS, INC., and SUKHVINDERJEET SANDHU*

## **ATTESTATION**

Pursuant to local Rule 7-3, the filing party attest that the parties have met and conferred regarding Defendants' remote appearance.


By: */s/ Matthew Yarling*

3

MATTHEW YARLING, ESQ.'S REQUEST TO
APPEAR REMOTELY AT THE SCHEDULING CONFERENCE

Case No.: 2:25-cv-06555 MEMF MBK