QUINN EMANUEL URQUHART & SULLIVAN, LLP
MICHAEL T. ZELLER (Bar No. 196417)
michaelzeller@quinnemanuel.com
DIANE L. CAFFERATA (Bar No. 190081)
dianecafferata@quinnemanuel.com
DANIEL C. POSNER (Bar No. 232009)
danposner@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017-2543
Tel: (213) 443-3000 / Fax: (213) 443-3100

YIXUAN ZHU (admitted pro hac vice)
yixuanzhu@quinnemanuel.com
Unit 1301, 13th Floor, Central Park Plaza
10 Chaoyang Park South Road,
Chaoyang District
Beijing, China 100026 CHINA
Tel: +86 10 53350105

Attorneys for Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd. and Beijing POP MART Cultural & Creative Co. Ltd.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

POP MART AMERICAS INC., et al.,

Plaintiffs,

vs.

7-ELEVEN, INC., et al.,

Defendants.

CASE NO. 2:25-cv-6555 MEMF-MBK

**STIPULATION FOR ENTRY OF [PROPOSED] PERMANENT INJUNCTION AND FINAL JUDGMENT AGAINST DEFENDANT WEST ADAMS PETROLEUM, INC.**

Hon. Maame Ewusi-Mensah Frimpong

Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd., and Beijing POP MART Cultural & Creative Co. Ltd. (collectively, "Plaintiffs" or "POP MART"), and Defendant West Adams Petroleum, Inc. ("West Adams Petroleum" or "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the entry of the Proposed Permanent Injunction and Final Judgment, and respectfully request that the Court enter the Proposed Permanent Injunction and Final Judgment as a final judgment as to Plaintiffs' claims against Defendant West Adams Petroleum pursuant to Federal Rule of Civil Procedure 54(b). The parties agree that there is no just reason for delay in the entry of that final judgment.

**IT IS SO STIPULATED.**

DATED: August 28, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Daniel C. Posner*

Daniel C. Posner
Attorney for Plaintiffs POP MART Americas Inc., POP MART (Singapore) Holding Pte. Ltd. and Beijing POP MART Cultural & Creative Co. Ltd.

DATED: August 28, 2026

**MURPHY PEARSON BRADLEY AND FEENEY**

*/s/ Keith Gregory Adams*

Keith Gregory Adams
Attorneys for Defendant West Adams Petroleum, Inc.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Daniel C. Posner*
Daniel C. Posner